FILED: February 20, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1227

(5:11-cv-00147-FPS-JES)

_____

CHRISTOPHER J. COVEY; LELA G. COVEY

   Plaintiffs - Appellants

v.

ASSESSOR OF OHIO COUNTY; KATHIE HOFFMAN, Head Assessor; ROY CREWS, Field Deputy; UNKNOWN ASSESSOR; OHIO COUNTY SHERIFF; PATRICK BUTLER, Sheriff; ALEX ESPEJO, Corporal; RON WHITE, Deputy; NELSON CROFT, Lieutenant; NICHOLE SEIFERT, Officer; HNK, Unknown Officer; DLG, Unknown Officer; DEPARTMENT OF JUSTICE - DEA; OHIO VALLEY DRUG TASK FORCE; OHIO COUNTY ANIMAL SHELTER; DOUG MCCROSKY, Supervisor; UNKNOWN DOG WARDENS (2); UNITED STATES OF AMERICA

   Defendants - Appellees

and

ROBERT L. MANCHAS, S.A

   Defendants

------

This case has been opened on appeal.

| Originating Court | United States District Court for the Northern District of West Virginia at |

|  | Wheeling |
|---|---|
| Originating Case Number | 5:11-cv-00147-FPS-JES |
| Date notice of appeal filed in originating court: | 02/15/2013 |
| Appellant (s) | Christopher Covey |
| Appellate Case Number | 13-1227 |
| Case Manager | Pamela K. Stump 804-916-2704 |