FILED: February 20, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1227

(5:11-cv-00147-FPS-JES)

_____

CHRISTOPHER J. COVEY; LELA G. COVEY

  Plaintiffs - Appellants

v.

ASSESSOR OF OHIO COUNTY; KATHIE HOFFMAN, Head Assessor; ROY CREWS, Field Deputy; UNKNOWN ASSESSOR; OHIO COUNTY SHERIFF; PATRICK BUTLER, Sheriff; ALEX ESPEJO, Corporal; RON WHITE, Deputy; NELSON CROFT, Lieutenant; NICHOLE SEIFERT, Officer; HNK, Unknown Officer; DLG, Unknown Officer; DEPARTMENT OF JUSTICE - DEA; OHIO VALLEY DRUG TASK FORCE; OHIO COUNTY ANIMAL SHELTER; DOUG MCCROSKY, Supervisor; UNKNOWN DOG WARDENS (2); UNITED STATES OF AMERICA; ROBERT L. MANCHAS, S.A.

  Defendants - Appellees

_____

O R D E R

_____

The court directs supplemental briefing on whether appellees are entitled to qualified immunity from liability on appellants' claim of a Fourth Amendment violation arising from appellees' presence on appellants' property and search of their residence.

The March 18, 2014, deadline for appellees' response brief is rescinded, and the briefing schedule is amended as follows:

|   |   |
|---|---|
| Appellants' supplemental brief: | Due March 24, 2014 |
| Appellees' response brief: | Due May 1, 2014 |
| Any reply brief: | Due 14 days after service of response brief. |

For the Court--By Direction

/s/ Patricia S. Connor, Clerk