FILED: March 14, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-1227

(5:11-cv-00147-FPS-JES)

_____

CHRISTOPHER J. COVEY; LELA G. COVEY

      Plaintiffs - Appellants

v.

ASSESSOR OF OHIO COUNTY; KATHIE HOFFMAN, Head Assessor; ROY CREWS, Field Deputy; UNKNOWN ASSESSOR; OHIO COUNTY SHERIFF; PATRICK BUTLER, Sheriff; ALEX ESPEJO, Corporal; RON WHITE, Deputy; NELSON CROFT, Lieutenant; NICHOLE SEIFERT, Officer; HNK, Unknown Officer; DLG, Unknown Officer; DEPARTMENT OF JUSTICE - DEA; OHIO VALLEY DRUG TASK FORCE; OHIO COUNTY ANIMAL SHELTER; DOUG MCCROSKY, Supervisor; UNKNOWN DOG WARDENS (2); UNITED STATES OF AMERICA; ROBERT L. MANCHAS, S.A.

      Defendants - Appellees

_____

O R D E R

_____

The court grants the motion for extension and extends the time for filing appellants' supplemental brief to April 3, 2014 and appellees' response brief to May 12, 2014.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk