IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| CHRISTOPHER J. COVEY and LELA G. COVEY, | ) | |
| | ) | |
| Plaintiffs-Appellants, | ) | |
| | ) | |
| v. | ) | No. 13-1227 |
| | ) | |
| ASSESSOR OF OHIO COUNTY; KATHIE | ) | |
| HOFFMAN, Head Assessor; ROY CREWS, | ) | |
| Field Deputy; UNKNOWN ASSESSOR; OHIO | ) | |
| COUNTY SHERIFF; PATRICK BUTLER, Sheriff; | ) | |
| ALEX ESPEJO, Corporal; RON WHITE, Deputy; | ) | |
| NELSON CROFT, Lieutenant; NICHOLE SEIFERT, | ) | |
| Officer; HNK, Unknown Officer; DLG, Unknown | ) | |
| Officer; DEPARTMENT OF JUSTICE-DEA; | ) | |
| OHIO VALLEY DRUG TASK FORCE; OHIO | ) | |
| COUNTY ANIMAL SHELTER; DOUG MCCROSKY, | ) | |
| Supervisor; UNKNOWN DOG WARDENS (2); | ) | |
| UNITED STATES OF AMERICA; ROBERT L. | ) | |
| MANCHAS, S.A., | ) | |
| | ) | |
| Defendants-Appellees. | ) | |

**UNOPPOSED MOTION OF FEDERAL APPELLEES,
UNITED STATES OF AMERICA, DEPARTMENT OF JUSTICE,
AND SPECIAL AGENT ROBERT L. MANCHAS
FOR LEAVE TO FILE A SEPARATE APPELLEES' BRIEF**

Pursuant to Local Rule 28(d), the federal appellees, United States of America, Department of Justice, and Special Agent Robert L. Manchas, hereby move for leave to file a separate appellees' brief. This motion is unopposed. The reasons for the motion are as follows:

1.      This case arises out of the discovery of marijuana at the home of the

plaintiffs, Christopher and Lela Covey.  Christopher later entered a guilty plea on a state charge of alleges manufacturing a Schedule I controlled substance, a felony. The complaint alleges that officials of the Ohio County Tax Assessor's office violated the Fourth Amendment by entering the plaintiffs' house to conduct a tax assessment and reporting that he had seen marijuana, by officers with the county sheriff's office for entry into the curtilage of the house without a warrant, and by Robert L. Manchas, a special agent of the Drug Enforcement Administration, also for entry into the curtilage.  The counts against the county officers are pursuant to 42 U.S.C. 1983, and the count against Special Agent Manchas is pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971).  The complaint alleges negligent training by the county agencies and by the United States, and there is a claim against Ohio County Animal Shelter officers.

2.    The appellants' brief was filed on January 13, 2014, and, pursuant to this Court's order, the appellants filed a supplemental brief on qualified immunity on April 3, 2014.  The appellees' brief(s) are due on May 12, 2014.  The complaint in this case names a variety of officials in Ohio County, West Virginia; the Ohio Valley Drug Task Force; and a federal official and federal entities, Special Agent Robert L. Manchas, the U.S. Department of Justice, and the United States of America.  These three groups of defendants were separately represented in district court; they filed separate motions to dismiss in district court; and on appeal, they

2

remain separately represented.

3.      The Department of Justice is charged with representing the interests of the United States and its employees in court.  <u>See</u> 28 U.S.C. 517, 518, 519.  It is important for the position of the United States to be within the Department's exclusive control.  This is also true of the position of a federal law enforcement officer who is sued in his individual capacity and is represented by the Department.

4.      We also ask that the briefs be considered separately for purposes of compliance with Rule 32(a)(7)(B)(i) of the Federal Rules of Appellate Procedure, although we can assure the Court that we will make every effort to avoid unnecessary duplication of arguments and will endeavor to keep the word count reasonable.

5.      We have requested the views of counsel for all other parties, and all of them have told us that they do not oppose this motion:   Sean E. Andrussier, Esq., counsel for the appellants, and Lee M. Hall, Esq., and Bruce M. Clark, Jr., Esq., who are counsel for separate groups of the appellees.

For the foregoing reasons, the motion of the federal appellees for leave to file a separate brief should be granted.

Respectfully submitted,

/s/     Mark B. Stern
_____

MARK B. STERN
  (202) 514-5089

/s/     Edward Himmelfarb
_____

EDWARD HIMMELFARB
  (202) 514-3547
  Attorneys, Appellate Staff
  Civil Division, Room 7646
  Department of Justice
  950 Pennsylvania Ave., N.W.
  Washington, D.C.  20530-0001

4

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2014, I filed the foregoing with the Court by causing a copy to be electronically filed via the appellate CM/ECF system. I further certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

/s/    Edward Himmelfarb

_____

Edward Himmelfarb
Attorney for the Federal Appellees