IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| CHRISTOPHER J. COVEY and LELA G. COVEY, )<br>)<br>Plaintiffs-Appellants, )<br>)<br>v.  )<br>)<br>ASSESSOR OF OHIO COUNTY; KATHIE )<br>HOFFMAN, Head Assessor; ROY CREWS, )<br>Field Deputy; UNKNOWN ASSESSOR; OHIO )<br>COUNTY SHERIFF; PATRICK BUTLER, Sheriff; )<br>ALEX ESPEJO, Corporal; RON WHITE, Deputy; )<br>NELSON CROFT, Lieutenant; NICHOLE SEIFERT, )<br>Officer; HNK, Unknown Officer; DLG, Unknown )<br>Officer; DEPARTMENT OF JUSTICE-DEA; )<br>OHIO VALLEY DRUG TASK FORCE; OHIO )<br>COUNTY ANIMAL SHELTER; DOUG MCCROSKY, )<br>Supervisor; UNKNOWN DOG WARDENS (2); )<br>UNITED STATES OF AMERICA; ROBERT L. )<br>MANCHAS, S.A., )<br>)<br>Defendants-Appellees. )<br>) | No. 13-1227 |

**UNOPPOSED MOTION OF THE FEDERAL APPELLEES
FOR A 15-DAY EXTENSION OF TIME TO FILE THEIR BRIEF**

The federal appellees, United States of America, Department of Justice, and Special Agent Robert L. Manchas, hereby move for a 15-day extension of time, to and including May 27, 2014, the day after Memorial Day, within which to file their federal appellees' brief. This motion is unopposed. The reasons for the motion are as follows:

1.   This case arises out of the discovery of marijuana at the home of the

plaintiffs, Christopher and Lela Covey.  The complaint alleges that officials of the Ohio County Tax Assessor's office violated the Fourth Amendment by entering the plaintiffs' house to conduct a tax assessment and reporting that he had seen marijuana.  It also alleges that an officer with the county sheriff's office and Robert L. Manchas, a special agent of the Drug Enforcement Administration, violated the Fourth Amendment when they entered the Coveys' back yard.  The Coveys seek damages against these and other defendants.

    2.    The appellants' brief was filed on January 13, 2014, and, pursuant to this Court's order, the appellants filed a supplemental brief on qualified immunity on April 3, 2014.  That order set May 12, 2014, as the due date for the appellees' briefs.  (This Court also permitted the federal appellees to file a separate brief by order dated April 28, 2014.)

    3.    The federal appellees require an extension of 15 days, to and including May 27, 2014, to file their brief, and we suggest that the Court permit all appellees to file at that time.  The basis for our request is as follows:

    (a)    Edward Himmelfarb, who has primary responsibility for the preparation of the federal appellees' brief, has been and will continue to be involved in other appellate matters that have required and will require his attention during the briefing period in this case:

- The brief for the appellant in <u>Frias</u> v. <u>Torrez</u>, No. 14-10018 (5th Cir.),

2

...

which was filed on April 24, 2014. The case involves a claim that a Border Patrol agent unlawfully stopped a vehicle in which the plaintiff was riding and arrested him, leading to his being placed him in removal proceedings. The appeal raises qualified immunity and argues that a Bivens remedy is not available in these circumstances.

- The reply brief in Drimal v. Makol, No. 13-2963 (2d Cir.), which was filed on April 30, 2014. This is an appeal of an order denying qualified immunity to FBI agents who, under court order, wiretapped the plaintiff's husband, prior to his prosecution and conviction for securities fraud.

- An oral argument in Stonecipher v. Valles, No. 13-2124 (10th Cir.), which is scheduled for May 13, 2014, in Denver. Here, the district court granted summary judgment in favor of several DEA agents on First and Fourth Amendment claims. The agents had arrested the plaintiff and temporarily detained his wife.

(b)　Mark B. Stern, who is responsible for reviewing and editing the draft brief prepared by Mr. Himmelfarb, is out of the office starting today and will return on Thursday, May 8. He will need time after that date to review and edit the brief.

(c)　Once Mr. Stern has finished these responsibilities, we will need to

consult and coordinate about the draft brief with other offices in the Department of Justice, including the U.S. Attorney's Office and the Drug Enforcement Administration. This process will require several days.

4. This Court has permitted the federal appellees to file a separate brief. To avoid having different appellees' briefs filed on different dates, we suggest that the Court extend the time for <u>all</u> appellees to file their briefs to May 27, the same date that we have requested for our own brief.

5. We have sought the views of counsel for all other parties, and all of them have told us that they do not oppose this motion: Sean E. Andrussier, Esq., counsel for the appellants, and Lee M. Hall, Esq., and Bruce M. Clark, Jr., Esq., who are counsel for separate groups of the appellees.

For the foregoing reasons, the motion of the federal appellees for a 15-day extension of time to file their brief should be granted.

Respectfully submitted,

/s/    Mark B. Stern

_____

MARK B. STERN
 (202) 514-5089

/s/    Edward Himmelfarb

_____

EDWARD HIMMELFARB
 (202) 514-3547
 Attorneys, Appellate Staff
 Civil Division, Room 7646
 Department of Justice
 950 Pennsylvania Ave., N.W.
 Washington, D.C.  20530-0001

5

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2014, I filed the foregoing with the Court by causing a copy to be electronically filed via the appellate CM/ECF system. I further certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

/s/    Edward Himmelfarb
_____
Edward Himmelfarb
Attorney for the Federal Appellees