FILED: May 1, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1227

(5:11-cv-00147-FPS-JES)

_____

CHRISTOPHER J. COVEY; LELA G. COVEY

    Plaintiffs - Appellants

v.

ASSESSOR OF OHIO COUNTY; KATHIE HOFFMAN, Head Assessor; ROY CREWS, Field Deputy; UNKNOWN ASSESSOR; OHIO COUNTY SHERIFF; PATRICK BUTLER, Sheriff; ALEX ESPEJO, Corporal; RON WHITE, Deputy; NELSON CROFT, Lieutenant; NICHOLE SEIFERT, Officer; HNK, Unknown Officer; DLG, Unknown Officer; DEPARTMENT OF JUSTICE - DEA; OHIO VALLEY DRUG TASK FORCE; OHIO COUNTY ANIMAL SHELTER; DOUG MCCROSKY, Supervisor; UNKNOWN DOG WARDENS (2); UNITED STATES OF AMERICA; ROBERT L. MANCHAS, S.A.

    Defendants - Appellees

_____

O R D E R

_____

The court grants the motion to extend filing time and extends the time for filing the supplemental response briefs to May 27, 2014.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk