# U.S. COURT OF APPEALS FOR THE FOURTH CIRCUIT BILL OF COSTS FORM

> **Directions:** Counsel for a prevailing party seeking costs must file this (or like) form within 14 days after entry of judgment. The docketing fee (if the appellant prevails) of $450 if filed prior to 12/01/13 or $500 if filed after 12/01/13 and the cost of copying formal briefs and appendices are the only costs taxable in the court of appeals. Local Rule 39(a). Enter costs for any docketing fee paid and any briefs or appendices filed and served in the spaces provided. The number of copies required for filing and service can be found in Local Rules 30(b) & 31(d) and Standing Order 14-01. Any objections to costs must be filed within 14 days (plus 3 days for electronic service) of the bill of costs. Costs are paid directly to the prevailing party or counsel, not to the clerk's office.
>
> **Limit on Brief/Appendix Copy Costs:** (number of pages) x (number of required filing & service copies) x ($.15/ page)

Case Number & Caption: _____

Prevailing Party Requesting Taxation of Costs: _____

| | | | | |
|---|---|---|---|---|
| **Docketing Fee:** May be claimed by inserting $450 or $500 at right ($5 filing fee must be claimed in district court) | | | | **Charge:** _____ |
| **Brief filed on:**_____ | **No. of Pages:** _____ | x No. of Copies: _____ | x $.15/page | **Charge:** _____ |
| **Brief filed on:**_____ | **No. of Pages:** _____ | x No. of Copies: _____ | x $.15/page | **Charge:** _____ |
| **Brief filed on:**_____ | **No. of Pages:** _____ | x No. of Copies: _____ | x $.15/page | **Charge:** _____ |
| **Brief filed on:**_____ | **No. of Pages:** _____ | x No. of Copies:_____ | x $.15/page | **Charge:** _____ |
| **Appendix filed on:**_____ | **No. of Pages:** _____ | x No. of Copies: _____ | x $.15/page | **Charge:** _____ |
| **Appendix filed on:**_____ | **No. of Pages:** _____ | x No. of Copies: _____ | x $.15/page | **Charge:** _____ |
| **TOTAL AMOUNT CLAIMED IN BILL OF COSTS** | | | | |

1. If copying was done commercially, I have attached itemized bills. If copying was done in-house, I certify that my standard billing amount is not less than $.15 per copy or, if less, I have reduced the amount charged to the lesser rate.
2. If costs are sought for or against the United States, I further certify that 28 U.S.C. § 2412 or other statutory authority permits an award of costs in this case.
3. I declare under penalty of perjury that the foregoing costs are true and correct and were necessarily incurred in this action.

**Signature:** _____   **Date:** _____

### Certificate of Service

I certify that on this date I served this document as follows:

**Signature:** _____   **Date:** _____

09/01/2014 PSC/ SCC